IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KEVIN WRIGHT**, | : | CIVIL NO. 1:14-CV-2231 |
| | : | |
| Petitioner | : | (Chief Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **WAYNE J. GAVIN,** | : | |
| **SUPERINTENDENT, PA STATE** | : | |
| **ATTORNEY GENERAL,** | : | |
| | : | |
| Respondents | : | |

## ORDER

AND NOW, this 14th day of October, 2015, upon consideration of petitioner's request (Doc. 18) to voluntarily withdraw his habeas petition, wherein he seeks dismissal of the habeas petition without prejudice, and upon consideration of the petition for writ of habeas corpus (Doc. 1) pursuant to 28 U.S.C. § 2254 challenging a decision of the Pennsylvania Board of Probation and Parole, it is hereby ORDERED that:

1. The request (Doc. 18) to withdraw the habeas petition is construed as a motion to withdraw and is GRANTED.

2. The petition for writ of habeas corpus (Doc. 1) is DISMISSED without prejudice.

3. The Clerk of Court is directed to CLOSE this action.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania